# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3328
Lower Tribunal No. 2022-DR-004317 DC

_____

BRENDA I. FEBLES,

Appellant,

v.

SANTOS RODRIGUEZ,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christy C. Collins, Judge.

March 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.

Brenda I. Febles, Carteret, New Jersey, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED